**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

**ROBERT DEWAYNE BARNES, #114034**                     **PLAINTIFF**

**v.**                                              **CAUSE NO. 1:15-cv-97-LG-RHW**

**SMCI MEDICAL DEPARTMENT, ET AL.**                      **DEFENDANTS**

**<u>FINAL JUDGMENT</u>**

This cause is before the Court, *sua sponte*, for consideration of dismissal.

Pursuant to the Memorandum Opinion and Order issued this date and incorporated

herein by reference,

**IT IS, HEREBY, ORDERED AND ADJUDGED** that this cause is

**DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 7th day of July, 2015.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE